UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PURPURA,<br><br>        Plaintiff,<br><br>v.<br><br>R. CALVERT, AND DOES MEMBERS OF THE INMATE CLASSIFICATION COMMITTEE, in their individual capacities,<br><br>        Defendant. | Case No.: 3:20-cv-01688-JAH-BGS<br><br>**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 25)** |

  Pending before the Court is a Report and Recommendation ("Report") submitted to this Court by the Honorable Bernard G. Skomal, United States Magistrate Judge, recommending that the Court grant Defendants' motion to dismiss.

  When reviewing a Magistrate Judge's report and recommendation, the "district court must make a *de novo* determination of those portions of the report . . . to which objection is made, and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate." *Love v. Scribner*, 691 F. Supp. 2d 1215, 1222 (S.D. Cal. 2010)[1] (citing 28 U.S.C. § 636(b)(1)). "However, in the absence of timely

---

[1] aff'd sub nom. *Love v. Cate*, 449 F. App'x 570 (9th Cir. 2011).

objection, the Court 'need only satisfy itself that there is no clear error on the face of the record in order to accept the report and recommendation.'" *Frando v. Gore*, No. 21-CV-1434 JLS (KSC), 2022 WL 772963, at *1 (S.D. Cal. Mar. 11, 2022) (citations omitted).

Here, potential objections were due by August 12, 2022, and replies by August 24, 2022. (ECF No. 25). The parties were "advised that the failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order." *Id.* at 12-13 (citing *Turner v. Duncan*, 158 F 3d 449, 455 (9th Cir. 1998)). To date, no objections have been filed, and the time for doing so has since expired. The Court has reviewed the Report and finds that it is "thorough, well reasoned, and contains no clear error." *Frando*, 2022 WL 772963, at *1.

In light of the absence of any objections, and Judge Skomal's well-reasoned analysis, the Court **ADOPTS** the Report in its entirety and **GRANTS** Defendants' motion to dismiss with leave to amend. Any subsequent amended complaint should be complete without reference to prior complaints.

**IT IS SO ORDERED**.

DATED:   August 16, 2022

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE